**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CRUZ GUADALUPE, E.M.,**

**Plaintiff,**

**v.**

**STATE OF MINNESOTA, D.OC.,**
**HEALTH SERVICES,**

**Defendants.**

**Civil No. 02-409 (JMR/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 9, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: May 24th, 2002.

Chief Judge James M. Rosenbaum
United States District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
MAY 29 2002
JUDGEMENT ENTERED MAY 29 2002
DEPUTY CLERK'S INITIALS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Burlington Northern and Santa Fe
Railway Company, a Delaware corporation,

Plaintiff,

Court File No.: 01-CV-534 JMR/FLN

v.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

David J. Willms,

Defendant.

---

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 5/22/02

SPENCE, RICKE, SWEENEY
AND GERNES, PA.

Rodney Honkanen, #46929
JoAnn C. Toth, #027360
Attorneys for BNSF
325 Cedar Street, Suite 600
St. Paul, MN 55101
(651) 223-8000 (phone)
(651) 223-8003 (fax)

MAY 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 29 2002

Dated: 5/21/02

Michael A. Rozman, #240540
Attorney for Defendant Willms
800 Washington Avenue North,
Suite 502
Minneapolis, MN 55401

Upon the foregoing Stipulation

IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment, dismissing the above-mentioned action, with prejudice, on the merits and without costs or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY,

By the Court

Dated: May 29th, 2002

**JUDGMENT**

On the foregoing Stipulation and Order,

IT IS HEREBY ADJUDGED, that the above-entitled action is dismissed with prejudice, on the merits and without costs or disbursements to any party.

By the Court

Dated: ____________________ ______________________________

s:\willms\pleadings\stipdis.doc\kl

## *Featured Speakers Include:*

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**
**District of Minnesota**

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF
THE FEDERAL BAR
ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office);*** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name

Firm/Employer

Address

Phone

E-Mail

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building